UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAIO BARZEE,

                Plaintiff,

-against-

SING SING C.O. A.M. ABDULLA, et al.,

                Defendants.

**ORDER**

23-CV-2328 (PMH)

PHILIP M. HALPERN, United States District Judge:

    A pre-motion conference was held on January 31, 2024 regarding Defendants' anticipated motion to dismiss. (Doc. 78). Counsel for Defendants and *Pro Se* Plaintiff appeared by telephone. At the conference, Plaintiff was directed to file a letter notifying the Court of his updated address. Additionally, Counsel for Defendants accepted service on behalf of Correction Officers M. Delacruz and Rodriguez, and the Court deemed service complete as to those Defendants.

    As discussed at the conference, Defense counsel shall advise the Court, by **February 14, 2024**, the status of Plaintiff's controlled review of photographs in connection with identifying the remaining John Doe defendants. A pre-motion conference is scheduled for **March 12, 2024 at 10:00 a.m.** At the time of the scheduled conference, all parties shall call the following number: (888) 398-2342; access code 3456831. It is the responsibility of counsel for Defendants to make prior arrangements with the appropriate facility to have the Plaintiff available via telephone.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff (ICN #110018667902) at 555 South State Street, Syracuse, New York 13202-2104.

**SO-ORDERED:**

Dated: White Plains, New York
       January 31, 2024

                                _____
                                Philip M. Halpern
                                United States District Judge