UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAIO BARZEE,<br><br>                              Plaintiff,<br><br>                  -against-<br><br>SING SING C.O. A.M. ABDULLA, et al.,<br><br>                            Defendants. | **ORDER**<br><br>23-CV-2328 (PMH) |

PHILIP M. HALPERN, United States District Judge:

A pre-motion conference was held on March 12, 2024 regarding Defendants' anticipated motion to dismiss. Counsel for Defendants and *Pro Se* Plaintiff appeared by telephone. At the conference, Counsel for Defendants accepted service on behalf of Officer Marsar and Officer Maid and the Court deemed service complete as to those Defendants. Also, Plaintiff agreed to discontinue the action as to Defendants Annucci and Capra.

As discussed at the conference, the Court granted Defendants' request for leave to move to dismiss Plaintiff's Complaint. Defendants shall serve and file their notice of motion and opening brief by April 29, 2024; Plaintiff shall file his opposition brief by June 10, 2024; Defendants shall serve and file their reply brief by July 15, 2024.

The Clerk of Court is respectfully directed to (i) terminate Annucci and Capra as defendants in this action; and (ii) mail a copy of this Order to Plaintiff.

SO-ORDERED:

Dated: White Plains, New York
       March 12, 2024

_____
Philip M. Halpern
United States District Judge