UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SAIO BARZEE,

                        Plaintiff,

              -against-

SING SING C.O. A.M. ABDULLA, et al.,

                        Defendants.
-----------------------------------------------------------X

**ORDER**

23-CV-02328 (PMH)

PHILIP M. HALPERN, United States District Judge:

      Counsel for Defendants and Plaintiff *pro se* appeared today by telephone for a discovery dispute conference. The Court reviewed the parties' submissions (Docs. 133, 137, 139, 145, 146), as well as the documents Defendants submitted to the Court for *in camera* review. After hearing from the parties, for the reasons stated and as discussed on the record, the Court ruled on the discovery disputes that remained after the Court's Order dated March 27, 2025 (Doc. 142), as follows:

      First, Defendants shall give Plaintiff an opportunity to review the photographs of Defendants' injuries from the September 10, 2020 incident and, if applicable, make these photographs available to Plaintiff for use in support of or to oppose a summary judgment motion and/or trial.

      Second, Defendants shall provide a copy to Plaintiff of the September 16, 2020 transcript of the disciplinary hearing of non-party, incarcerated-individual Paul Ramos regarding an incident occurring on September 10, 2020. Page 7 lines 12-25 and page 8 lines 1-23 of that transcript are relevant to Plaintiff's claims in this action. Defendants may redact any other portion of the transcript to address the privacy concerns related to Mr. Ramos.

      Third, Defendants shall give Plaintiff an opportunity to review the disciplinary notices of Defendants Quick and Santiago and, if applicable, make these notices available to Plaintiff for use

in support of or to oppose a summary judgment motion and/or during trial.

Fourth, Defendants shall provide a copy to Plaintiff of the "report[] filed by OSI investigator Janet Rojas and Senior Investigator Bobby Staccin" pertaining to the "OSI complaint" submitted by Plaintiff's mother on September 15, 2020, which was referenced in Plaintiff's letter that was docketed on April 28, 2025 (Doc. 146).

Finally, Plaintiff's application, raised for the first time during today's conference, to compel the production of the Department of Corrections and Community Supervision manual is denied. The information Plaintiff seeks through this request is publicly available.

Dated: White Plains, New York
      April 29, 2025

SO ORDERED:

_____
Philip M. Halpern
United States District Judge