UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAOI BARZEE,<br><br>                         Plaintiff,<br><br>          -against-<br><br>SING SING C.O. A.M. ABDULLA, et al.<br><br>                         Defendants. | **ORDER**<br><br>23-CV-02328 (PMH) |

PHILIP M. HALPERN, United States District Judge:

The case management conference scheduled for October 20, 2025 is adjourned to November 25, 2025 at 10:00 a.m. At the time of the scheduled conference, all parties shall call (855) 244-8681; access code: 2317 236 5283. It is the responsibility of Defendants' counsel to make arrangements with the appropriate facility to have Plaintiff available for the conference via telephone. The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

.

SO ORDERED.

Dated:  White Plains, New York
        September 29, 2025

_____
PHILIP M. HALPERN
United States District Judge