**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------X

SAIO BARZEE,

Plaintiff,

-against-

23 **CIVIL** 2328 (PMH)

# JUDGMENT

SING SING C.O. A.M. ABDULLA, et al.,

Defendants.

----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated July 29, 2026, Defendants' Motion for Summary Judgment is GRANTED and Plaintiff's Motion for Summary Judgment is DENIED. Plaintiff's claims for excessive force, failure to intervene, First Amendment retaliation, and violation of his procedural due process rights are dismissed. Judgment is entered in favor of Defendants; accordingly, the case is closed.

**Dated:** New York, New York

July 31, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**